UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WESTLEY JOHNSON, #368803,

        Plaintiff,

                              CIVIL NO. 2:12-CV-10796
v.                              HONORABLE VICTORIA A. ROBERTS

NOVI POLICE DEP'T, et al.,

        Defendants.
_____/

**ORDER OF SUMMARY DISMISSAL**

      The Court has before it Plaintiff Westley Johnson's *pro se* civil rights complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff was an inmate at the Oakland County Jail in Pontiac, Michigan when he instituted this action. At the time he filed his complaint, Plaintiff did not pay the required filing fee, nor did he submit a proper application to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997). On February 23, 2012, the Court issued a deficiency order requiring him to either pay the filing fee or submit a properly completed *in forma pauperis* application. On February 24, 2012, the Court also issued a notice regarding the parties' responsibility to notify the Court of address changes. That notice provided that the failure to inform the Court of address changes could result in dismissal of the case.

      The Court received Plaintiff's *in forma pauperis* application on March 14, 2012 and issued on order granting him leave to proceed without prepayment of the filing fee on March 16, 2012. That order was returned to the Court as undeliverable because Plaintiff is no longer confined at the Oakland County Jail. Plaintiff has not informed the Court of his current mailing

address, despite his obligation to do so. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the civil rights complaint.

       **IT IS SO ORDERED**.


                                    S/Victoria A. Roberts
                                    Victoria A. Roberts
                                    United States District Judge

Dated: April 5, 2012

> The undersigned certifies that a copy of this document was served on the attorneys of record and Westley Johnson by electronic means or U.S. Mail on April 5, 2012.
>
> s/Carol A. Pinegar
> Deputy Clerk

2